IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:06-00136-1 |
| | ) | Chief Judge Haynes |
| WALTER GREGORY, | ) | |
| Defendant. | ) | |

## ORDER

The revocation hearing in this action is **re-set for Friday, December 7, 2012 at 1:30 p.m.**

It is so **ORDERED**.

ENTERED this the 3rd day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court